IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

1900 Market LLC and Anodyne HS Group LLC, Derivatively on behalf of AMI Expeditionary Healthcare LLC,

    Plaintiff(s),

v.

Omnia LLC, Veritas Global LLC, Randy Cook, Christopher Watson, John Does (1-99) and ABC Corp. (1-99),

    Defendant(s).

Case No._____

## BUSINESS ENTITY DISCLOSURE
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Anodyne HS Group LLC makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☒ This party is a privately held corporation, incorporated in __Wyoming_____ and with a principal place of business in _Hawaii_____.

☐ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

[X] This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

[ ] This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

[ ] This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

[ ] Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 09/07/2023

Signature: /s/ Jeremey R. Goolsby

Printed Name: Jeremey R. Goolsby

Title: Attorney for Anodyne HS Group LLC

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the foregoing Business Entity Disclosure was served via U.S. Mail, postage prepaid this 7th day of September 2023 upon the following:

Veritas Global LLC
c/o Christopher Watson, Chief Operating Officer
1395 Sugar Flat Road
Lebanon, TN 37087

OMNIA LLC
c/o Corporation Service Company
Registered Agent
2908 Poston Avenue
Nashville, Tennessee 37203

Randy Cook
12649 Brighton Court
Mokena, IL 60448

Christopher Watson
1395 Sugar Flat Road
Lebanon, TN 37087

                                                        */s/ Jeremey R. Goolsby*

0154821.0775710   4872-7710-9118v1

**Attachment 1 to Plaintiff Anodyne HS Group LLC's Business Entity Disclosure**

Anodyne HS Group's members and their citizenship are as follows:

    Dr. Thomas Crabtree is a citizen of Colorado;

    Haley Crabtree is a citizen of Hawaii; and

    Piper Crabtree is a citizen of Hawaii.